Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Vivek Kothari (OSB No. 182089)
vivek@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:25-cv-00454-AB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

**L.R. 7-1(A) CERTIFICATION**

Pursuant to L.R. 7-1(a), the Parties conferred about the substance of this motion. Defendant does not oppose this request for an extension of time.

**MOTION**

On April 10, 2025, Defendant filed a motion (Dkt. 5) seeking a 32-day extension of its deadline to respond to Plaintiff's Complaint (Dkt. 1), until and including May 12, 2025. In its motion, Defendant indicated that if it filed a motion to dismiss, Plaintiff's deadlines to oppose or amend the complaint would be extended accordingly. The Court granted Defendant's motion on April 14, 2025 (Dkt. 6). Defendant filed its Motion to Dismiss on May 12, 2025 (Dkt. 13).

To avoid any uncertainty, Plaintiff now moves to extend the deadline to respond to Defendant's Motion to Dismiss by 32 days, until and including June 27, 2025.

Good cause exists to grant this motion, as Plaintiff's lead counsel and his wife are expecting the birth of their child in the coming days. Accordingly, Plaintiff respectfully requests additional time to file the response.

This motion is made in good faith and not for the purpose of delay.

Dated: May 16, 2025

Respectfully submitted,
By: /s/ Vivek Kothari
Vivek Kothari (OSB No. 182089)
vivek@dovel.com
Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066

*Attorneys for Plaintiff*

\* Admitted Pro Hac Vice