Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Vivek Kothari (OSB No. 182089)
vivek@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00454-AB |
| *Plaintiff*, | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| RUGSUSA, LLC, | |
| *Defendant.* | |

The Parties submitted a Joint Rule 26(f) Report on July 9, 2025.  Pursuant to the Court's August 11, 2025, Order, the Parties submit the following Supplemental Report with the additional information requested by the Court:

1.     **Proposed dates and times for Rule 16 Telephone Conference**

The Parties' availability for a Telephone Rule 16 Conference during the weeks of September 2 and 8 is as follows:

- Tuesday 9/2 from 11am-11:30am,

- Tuesday 9/2 from 3-5pm,

- Monday 9/8 from 11am-5pm, and

- Tuesday 9/9 from 3-5pm.

2.     **Proposed discovery plan and schedule:**

Proposed Discovery Plan:

FRCP 26(f)(3)(A): The Parties do not believe this case warrants any changes in the disclosures required under Fed. R. Civ. P. 26(a). The Parties' proposed deadline to exchange initial disclosures is set forth below.

FRCP 26(f)(3)(B): Plaintiffs anticipate fact discovery on several subjects, at a minimum, Defendant's representations on their website, Defendant's pricing and sale practices, Defendant's sales to class members, Defendant's financials, Plaintiff's purchases from Defendant, the advertisements and promotions viewed by Plaintiff prior to the purchase from Defendant, and the effect of such advertisements and promotions (if any) on Plaintiffs' decision to purchase from Defendant. The Parties have not reached agreement on any phasing of discovery. The Parties' proposed deadline to complete fact discovery is set forth below.

FRCP 26(f)(3)(C): The Parties are not aware of any issues related to electronically stored information. The Parties may negotiate and submit for approval an ESI Order, if appropriate.

Joint Case Management Statement               1               Case No. 3:25-cv-00454-AB

FRCP 26(f)(3)(D): The Parties are not aware of any issues about claims of privilege or of protection as trial-preparation materials. The Parties will submit a proposed Protective Order.

FRCP 26(f)(3)(E): The Parties do not propose any changes to the default discovery limitations.

FRCP 26(f)(3)(F): The Parties do not propose any other orders under Rule 26(c) or under Rule 16(b) and (c) at this time.

Proposed Schedule:

The parties jointly propose the following schedule. The Parties' proposed schedule is slightly longer than the Court's guideline for most civil cases (*see* Dkt. 24) because this case is a complex class action which will require class certification briefing in addition to briefing on dispositive motions before trial.  In addition, to avoid prejudice to absent class members, the Parties' proposed schedule includes a significant gap between class certification briefing and merits-stage deadlines to allow sufficient time for the Court to rule on Plaintiff's motion for class certification and to disseminate class notice in advance of dispositive motion deadlines if the case is certified as a class action.

| Event | Deadline |
| --- | --- |
| Deadline to substantially complete discovery related to class certification | October 31, 2025 |
| Close of fact discovery on issues related to class certification | December 8, 2025 |
| Motion for class certification and deadline to disclose class certification expert reports | December 8, 2025 |
| Opposition to motion for class certification and deadline to disclose responsive class certification expert reports | January 19, 2026 |
| Reply to motion for class certification | February 27, 2026 |
| Hearing on class cert motion | To be set by the Court |
| Mediation date | 60 days after class cert order |
| Merits discovery deadline | August 3, 2026 |

| Deadline to disclose opening expert reports | August 31, 2026 |
|---|---|
| Responsive expert reports deadline | September 21, 2026 |
| Expert discovery deadline | October 12, 2026 |
| Dispositive motion deadline | October 12, 2026 |
| Opposition to dispositive motions | November 9, 2026 |
| Reply to dispositive motions | November 20, 2026 |
| Hearing on dispositive motions | To be decided by the Court |
| Pretrial conference | May 21, 2027 |
| Trial date | June 21, 2027 |

Dated: August 25, 2025

Respectfully submitted,

By: */s/ Vivek Kothari*

Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Vivek Kothari (OSB No. 182089)
vivek@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

Dated: August 25, 2025

Respectfully submitted,

By: */s/ Thomas N. McCormick* (with permission)

Thomas N. McCormick (*pro hac vice pending*)
tnmccormick@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: (949) 526-7903
Fax: (949) 526-7903

Timothy W. Snider (OSB No. 034577)
timothy.snider@stoel.com
Nicholas R. Bottchier (OSB No. 245683)
nicholas.bottcher@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 92705
Telephone: (503) 224-3380

*Attorneys for Defendant RUGSUSA, LLC*