Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)*
sferruolo@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

Julian C. Diamond (NY Bar No. 5836846)*
jdiamond@bursor.com
Bursor & Fisher, P.A.
1330 Avenue of the Americas, New York, NY 10019
Tel: (646) 837-7011
Facsimile: (212) 989-9163

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>Defendant. | Case No. 3:25-cv-00454-AB<br><br>**DECLARATION OF PLAINTIFF KEIRA MCCARRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, Keira McCarrell, declare as follows:

1.      I am the named Plaintiff in this action.

2.      On June 27, 2024, I purchased an "Opar Flora Washable Abstract Rug" from Defendant's website, rugsusa.com, while living in Portland, Oregon.

3.      I am willing to serve as the class representative in this case. I understand that, as the class representative, my duty is to represent other Oregon consumers who, like me, purchased one or more Rugs USA products advertised at a discount within the applicable class period. I do not know of or foresee any conflicts of interest between myself and any Class Members.

4.      When I purchased my Rugs USA product, I read and relied upon the purported sale advertised on www.rugsusa.com. In particular, in making my purchase, I relied on the information on the website displaying the purported regular price and the purported discount I believed I was receiving. The webpage included the regular list price of "$~~183.19~~" alongside a discounted price. The webpage was also running a "SALE40" promotion. After all the discounting, the price of the rug was "$88.79." Based on the advertised sales, I thought that I was purchasing a product that Rugs USA regularly and typically sold for the list price shown ($183.19), but for a discounted price.

5.      Getting a good deal was important to me in deciding to make my purchase from Rugs USA. Had I known the truth—that Rugs USA consistently offers substantial discounts off of its listed prices, meaning that I was not actually getting the advertised discount off of the product's true regular price—I would not have purchased the product for the price I paid.

6.      I want Rugs USA to stop its practice of advertising deceptive discounts and deceptive regular prices. Currently, because of Rugs USA's past deception, I cannot trust that its discounts are true discounts, that its advertised regular prices are actually the prices at which it usually sells its products, or that its advertised discounts offer real discounts off of real, regular prices. And, because Rugs USA deceived me in the past, I will not be able to take Rugs USA's word

PAGE 1 – MCCARRELL DECLARATION

that its advertised pricing is accurate, even if it claims to have made changes to its practices. So, I will not be able to rely on Rugs USA's advertised pricing or discounts in the future, and thus will not be able to purchase Rugs USA's products, even though I would otherwise consider doing so. But if the Court issued an order forbidding Rugs USA from advertising fake discounts and misleading prices, I could trust Rugs USA again. With the security of the Court's order, I could rely on Rugs USA's advertised prices and discounts when shopping for rugs and other products again.

7.      I have actively participated in this case, and will continue to do so. Throughout litigation, I have regularly discussed the case with my lawyers. I reviewed the complaint, provided information to my lawyers to help draft the complaint, worked with my lawyers to provide responses to Defendant's discovery requests, and was deposed by Defendant's counsel.

I declare under penalty of perjury, under the laws of the United States and the State of Oregon, that the foregoing is true and correct to the best of my knowledge.

Signature: _____ Signed by:
keira McCarrell
60B2207F3A3049C...

Keira McCarrell

Dated: 2/22/2026

PAGE 2 – MCCARRELL DECLARATION