Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)*
sferruolo@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

Julian C. Diamond (NY Bar No. 5836846)*
jdiamond@bursor.com
Bursor & Fisher, P.A.
1330 Avenue of the Americas, New York, NY 10019
Tel: (646) 837-7011
Facsimile: (212) 989-9163

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-00454-AB |
| *Plaintiff*, | **DECLARATION OF JONAS JACOBSON IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |
| v. | |
| RUGSUSA, LLC, | |
| *Defendant*. | |

I, Jonas Jacobson, declare:

1.      I am a partner at the law firm Dovel & Luner, LLP, a member of the Oregon bar, and counsel for Plaintiff in this action.

2.      Dovel & Luner has extensive experience litigating class action cases and has been appointed class counsel (including interim class counsel) in a number of class action cases. *See, e.g.*, *Kramer v. Alterra Mt. Co.*, 2020 U.S. Dist. LEXIS 135770, at *8 (D. Colo.) (appointing Dovel & Luner as interim co-lead counsel among four competing groups, specifically for its "specific substantive investigation, research, and analysis already conducted to support and prosecute the claims on behalf of putative class members."); *Sanderson v. Whoop, Inc.*, No. 3:23-cv-05477-CRB (N.D. Cal.), Dkt. 62 (appointing Dovel & Luner as Class Counsel); *Goodrich, et al. v. Alterra Mt. Co., et al.*, No. 1:20-cv-01057-RM-SKC (D. Colo.), Dkt. 157 (granting final approval of a $17.5 million settlement and appointing Dovel & Luner as Class Counsel); *Damonie Earl et al. v. The Boeing Company*, No. 4:19-cv-00507 (E.D. Tex.) (a multi-billion-dollar RICO class action against Boeing and Southwest); *In re Arch Ins. Co. Ski Pass Ins. Litig.*, MDL No. 2955 (W.D. Mo.) (an insurance coverage class action); *David Oh v. Sunvalleytek International Inc.*, No. 22-cv-00866-SVK (N.D. Cal.), Dkt. 62 (granting motion for class certification and appointing Dovel & Luner as class counsel); *Hurd v. G. Skill Int'l Enter. Co., Ltd.*, 2025 U.S. Dist. LEXIS 84203, at *1 (C.D. Cal. Mar. 10, 2025) (granting motion for class certification and appointing Dovel & Luner as class counsel); *Barr et al. v. Select Blinds, LLC*, No. 2:22-cv-08326-SPG-PD (C.D. Cal.), Dkt. 56 (granting final approval of a $10 million settlement in a consumer class action and appointing Dovel & Luner as class counsel).

3.      Dovel & Luner also serves on the leadership committee in *In Re Apple Inc. App Store Simulated Casino-Style Games Litig.*, No. 5:21-md-02985-EJD (N.D. Cal.) (a class action asserting that Apple, Google, and Facebook provide illegal social gambling applications).

PAGE 1 – JACOBSON DECLARATION

4.      Dovel & Luner also has the rare ability to try complex class actions to verdict. Dovel & Luner obtained a $925 million jury verdict in a Telephone Consumer Protection Act class action pending in the District of Oregon. *Wakefield v. Visalus, Inc.*, No. 3:15-cv-01857-SI, 2020 U.S. Dist. LEXIS 146959 (D. Or. Aug. 14, 2020).

5.      Dovel & Luner has specific experience prosecuting deceptive discount cases. The lawyers here are currently litigating a number of other cases alleging deceptive price advertising. *See e.g.*, *Gee v. JW Pei, Inc.*, No. 8:25-cv-00243-JVS-JDE (C.D. Cal.); *Saini v. Comfrt LLC.*, No. 2:25-cv-10093-CAS (C.D. Cal.); *Samuel v. True Religion Apparel, Inc. et al.*, No. 6:26-cv-00274-AA (D. Ore.)

6.      Dovel & Luner has no conflicts with class members and is committed to vigorously prosecuting this case. For this case, Dovel & Luner performed an extensive investigation of Defendant's unlawful, unfair, and deceptive practices; drafted a detailed complaint setting forth Defendant's conduct and Plaintiff's and the proposed class's claims; undertook extensive discovery, including serving written discovery, reviewing voluminous productions of documents, and taking depositions. As part of this, Dovel & Luner devoted significant time and resources to prosecuting this case, including advancing litigation costs. If appointed class counsel, Dovel & Luner will continue to vigorously prosecute this case to obtain the best possible result for the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2026                    Respectfully submitted,

                                                By:    _____
                                                       Jonas B. Jacobson

PAGE 2 – JACOBSON DECLARATION