# EXHIBIT 4



Julian Diamond <jdiamond@bursor.com>

## RugsUSA Product Pricing History

**Stephen Ferruolo** <sferruolo@dovel.com>                    Wed, Feb 18, 2026 at 9:03 PM
To: Abby Meyer <ameyer@sheppard.com>, Craig Cardon <ccardon@sheppard.com>
Cc: Rana Salem <rsalem@sheppard.com>, Julian Diamond <jdiamond@bursor.com>, Matt Girardi <mgirardi@bursor.com>, Gabe Doble <gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Simon Franzini <simon@dovel.com>, Rick Lyon <rick@dovel.com>, Pica Mellquist <pica@dovel.com>

Counsel,

Thank you for sending these times. Friday at 9:30 am works for us. We will circulate a calendar invite.

During this meet and confer, please also be prepared to discuss Plaintiff's Motion for Class Certification in the matter of *McCarrell v. RugsUSA, LLC* in the District of Oregon as required for motions practice under LR 7-1.

Thanks,

Stephen

---

**From:** Abby Meyer <ameyer@sheppard.com>
**Sent:** Wednesday, February 18, 2026 1:20 PM
**To:** Craig Cardon <ccardon@sheppard.com>; Stephen Ferruolo <sferruolo@dovel.com>
**Cc:** Rana Salem <rsalem@sheppard.com>; Julian Diamond <jdiamond@bursor.com>; Matt Girardi <mgirardi@bursor.com>; Gabe Doble <gabe@dovel.com>; Jonas Jacobson <jonas@dovel.com>; Simon Franzini <simon@dovel.com>; Rick Lyon <rick@dovel.com>; Pica Mellquist <pica@dovel.com>
**Subject:** RE: RugsUSA Product Pricing History

Counsel,

I am available on Friday between 9 and 11a PT to confer re item (1) below.  Please send a calendar invite for a time in that range that works for you.  During the call, I expect that you'll be prepared to discuss the meet and confer emails that we sent on Friday re (1) Hong's Venmo records and (2) Hong's privilege log, and as to which we've not received a response.

Further to Craig's response below, please note that we objected to Topics 1 and 12 on grounds that included that the scope of the requests were vague and ambiguous.  Plaintiff never initiated meet and confer regarding Defendant's objections prior to the 30b6 deposition.

Best,

Abby


**Abby H. Meyer**

Partner



| | 650 Town Center Drive, 10th Floor |
|---|---|
| | Costa Mesa, CA 92626-1993 |
| | Direct +1.714.424.2811 \| Office +1.714.513.5100 |
| | ameyer@sheppard.com \| Bio \| LinkedIn \| sheppard.com |

---

**From:** Craig Cardon <ccardon@sheppard.com>
**Sent:** Wednesday, February 18, 2026 11:34 AM
**To:** Stephen Ferruolo <sferruolo@dovel.com>; Abby Meyer <ameyer@sheppard.com>
**Cc:** Rana Salem <rsalem@sheppard.com>; Julian Diamond <jdiamond@bursor.com>; Matt Girardi <mgirardi@bursor.com>; Gabe Doble <gabe@dovel.com>; Jonas Jacobson <jonas@dovel.com>; Simon Franzini <simon@dovel.com>; Rick Lyon <rick@dovel.com>; Pica Mellquist <pica@dovel.com>
**Subject:** RE: RugsUSA Product Pricing History


Mr. Ferruolo,


As to the second numbered topic in your email, that request is premature.  We do not yet have a copy of the transcript of that deposition from the court reporter.  In addition, once received the witness will need time to review it for corrections in case the portion you reference is subject to any.  Moreover, you fail to state the page and line of the transcript from which you are purportedly quoting.  Once we receive the transcript in due course from the court reporter and have had a chance to review it with our client we will provide a written response to the issue you have raised for the first time yesterday, February 17, 2026.   If after having reviewed that response you wish to have a video conference or call to meet and confer, we can do so then.


As you and Ms. Meyer have previously exchanged correspondence over the first numbered topic in your email, she will respond to you regarding that one.


Regards,

Case 3:25-cv-00454-AB          Document 53-4          Filed 02/23/26          Page 4 of 4

**Craig Cardon**

Partner



1901 Avenue of the Stars, Suite 1600

Los Angeles, CA 90067-6017

Direct +1.310.228.3749 | Office +1.310.228.3700

ccardon@sheppard.com | Bio | LinkedIn | sheppard.com

[Quoted text hidden]