# EXHIBIT 5



Julian Diamond <jdiamond@bursor.com>

## RugsUSA Product Pricing History

**Craig Cardon** <ccardon@sheppard.com> Wed, Feb 18, 2026 at 9:15 PM
To: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>
Cc: Rana Salem <rsalem@sheppard.com>, Julian Diamond <jdiamond@bursor.com>, Matt Girardi <mgirardi@bursor.com>, Gabe Doble <gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Simon Franzini <simon@dovel.com>, Rick Lyon <rick@dovel.com>, Pica Mellquist <pica@dovel.com>

Mr. Ferroulo,
Ms. Meyer will be handling the discussion on Friday. I will not be joining as I am scheduled to be in a hearing at that time (technically 28 hearings). As lead counsel, I will need to participate in any meet and confer over a motion for class certification. Accordingly, that will need to be scheduled next week. I am available on Monday from 11am-2pm (at which time I have a 26(f) meeting with Simon in a different case). That should give you time to provide us with a written description of the motion and the specific bases for it so that we can have an informed meet and confer. Since you suggest that you have read LR 7-1 you should be aware that the meet and confer must be in good faith. We would not consider it to be in good faith for you to simply tack a major motion on to a discovery meet and confer and not provide any written description for the basis of the motion in advance. Separately, as a matter of professionalism, please inquire about our availability to meet on particular topics, rather than presuming to inform us what and when that will be happening. We will, of course, do the same.
Regards,
Craig

**From:** Stephen Ferruolo <sferruolo@dovel.com>
**Sent:** Wednesday, February 18, 2026 6:03 PM
**To:** Abby Meyer <ameyer@sheppard.com>; Craig Cardon <ccardon@sheppard.com>
[Quoted text hidden]

[Quoted text hidden]

**3 attachments**

 **image001.png**
6K

**image004.png**
1K

**image005.png**
1K