# EXHIBIT 6



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Stephen Ferruolo** <sferruolo@dovel.com>                           Thu, Feb 19, 2026 at 2:44 PM
To: Craig Cardon <ccardon@sheppard.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem <rsalem@sheppard.com>
Cc: Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble <gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Matt Girardi <mgirardi@bursor.com>, Pica Mellquist <pica@dovel.com>

Mr. Cardon,

Thank you for providing your availability for a meet and confer regarding Plaintiff's Motion for Class Certification in the matter of *McCarrell v. RugsUSA, LLC*.

Plaintiff's counsel is available at 1:30 pm PT on Monday the 23rd for the meet and confer. If that time slot still works, I have provided the information for a zoom meeting at that time in this email below. I can also circulate a calendar invitation at that time if you would like. If that time does not work, please let us know another time you are available for the meet and confer.

Join Zoom Meeting
https://us02web.zoom.us/j/88262193965?pwd=YU6ATeDC5sKks0IUibkUrbOCoNr6K8.1

Meeting ID: 882 6219 3965
Passcode: 979679

---

One tap mobile
+16699009128,,88262193965#,,,,*979679# US (San Jose)
+16694449171,,88262193965#,,,,*979679# US

Join instructions
https://us02web.zoom.us/meetings/88262193965/invitations?signature=GYK-DTZ71xUh38Et7GUqoTFvimhBzxKXyCFgmxt0Ojw

Best,

**Stephen Ferruolo**

DOVEL & LUNER, LLP

310.656.7066