# EXHIBIT 7



Julian Diamond <jdiamond@bursor.com>

# McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Craig Cardon** <ccardon@sheppard.com>                                  Mon, Feb 23, 2026 at 11:10 AM
To: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>
Cc: Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble <gabe@dovel.com>, Jonas Jacobson
<jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Matt Girardi <mgirardi@bursor.com>, Pica Mellquist
<pica@dovel.com>

Mr. Ferruolo,

I requested that you provide us by close of business last week with a written description of the basis for the proposed
motion sufficient to allow us to evaluate it and have a productive and good faith meet and confer.  You did not do so.
Accordingly, we cannot proceed with any meaningful meet and confer this afternoon.  Please provide us with the
requested written description and we will endeavor to schedule a time within 48 hours of that.  Expecting us to participate
in a meet and confer without providing the basis for the motion in advance is not good faith and cannot result in a
meaningful discussion, as it would require us to respond to you on the call without any advance evaluation or
consideration of the, until that point, undisclosed basis for your proposed motion.

Regards,

**Craig Cardon**

Partner



1901 Avenue of the Stars, Suite 1600

Los Angeles, CA 90067-6017

Direct +1.310.228.3749 | Office +1.310.228.3700

ccardon@sheppard.com | Bio | LinkedIn | sheppard.com

[Quoted text hidden]

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.