# EXHIBIT 8



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Matthew Girardi** <mgirardi@bursor.com>                    Mon, Feb 23, 2026 at 11:29 AM
To: Craig Cardon <ccardon@sheppard.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem <rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble <gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist <pica@dovel.com>

Craig,

Defendant is well aware of the bases for our class certification motion. They were disclosed at the outset of this case, and they remain the same. *See* Complaint (Dkt.1), ¶¶58-65, 92. It makes little sense to repeat these bases in an email, especially when Defendant has repeatedly made clear it disagrees with each of them.

For each class certification allegation, Defendant has stated: "Defendant also specifically denies that this action is suitable for resolution on a classwide basis." Answer (Dkt. 27), ¶¶58-65. And Defendant has specifically negotiated a briefing schedule to litigate this dispute. Dkt. 25 at 2-3 (proposed class certification briefing schedule); Dkt 38 (revised class certification briefing schedule).

As you are well aware, our class certification motion is due today, and your repeated attempt to avoid our meet and confer call appears to be pure gamesmanship. We are prepared to meet and confer today at 1:30 pm ET as planned, and will be on the call ready to discuss.

Regards,

Matt
[Quoted text hidden]

--
Matthew Girardi
Associate Attorney
Bursor & Fisher, P.A.
50 Main Street
Suite 475
White Plains, New York 10606
(914) 874-0708
mgirardi@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.