# EXHIBIT 9

Bursor & Fisher, P.A. Mail - McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Craig Cardon** <ccardon@sheppard.com>                                   Mon, Feb 23, 2026 at 11:41 AM
To: Matthew Girardi <mgirardi@bursor.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>

Matt,

If your position is that you will be basing the motion solely on allegations from the complaint and will not be submitting any discovery materials or expert testimony, then that is fine.  However, given that discovery has taken place since the filing of the complaint, if you intend to base the motion on any discovery or expert testimony we are entitled to know what that is and how you believe it forms a basis for your proposed motion.  Unless you are representing that your motion will be based solely upon allegations in the complaint and not on any discovery or expert testimony, we require that you provide us with a written description of those bases sufficiently in advance of any call.

The fact that you ignored our reasonable request for a written explanation last week and are running up against a deadline is of your own making and is not an excuse from engaging in a meaningful and good faith meet and confer.   We believe this conduct further demonstrates the inadequacy of counsel to represent the class that you previously sold out when you settled identical claims without any injunctive element and then filed new lawsuits once the court significantly cut your requested fees.

If you can make the requested representation limiting your motion to allegations in the complaint only, we can proceed today. If not, this exercise is merely performative and we will not participate in this bad faith exercise to "punch your ticket" hours before filing your motion without any good faith effort to meet and confer.

Regards,

**Craig Cardon**

Partner



1901 Avenue of the Stars, Suite 1600

Los Angeles, CA 90067-6017

Direct +1.310.228.3749 | Office +1.310.228.3700

ccardon@sheppard.com | Bio | LinkedIn | sheppard.com

[Quoted text hidden]