# EXHIBIT 10



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Matthew Girardi** <mgirardi@bursor.com>                                      Mon, Feb 23, 2026 at 1:11 PM
To: Craig Cardon <ccardon@sheppard.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>

Craig,

I'm not aware of any authority requiring a party requesting a conferral to provide a written description of the basis for a proposed motion - the Local Rules only require a "good faith effort through personal or telephone conferences to resolve the dispute."  *See* LR 7-1. The written basis will be laid out once we file the actual motion.  If there is some authority that we provide you with our moving papers before filing that we're unaware of, please send it our way.  Likewise, your request for information about our experts would force us to prematurely disclose information about our expert testimony.  That is also not required.

To be clear, we will **not** be limiting our motion solely to "allegations in the complaint and not on any discovery or expert testimony," If you need a written summary before proceeding with our conferral, here it is:

Based on the nature of the allegations in the Complaint, the materials produced in discovery, and the testimony of our experts, we believe that we have met every factor under Rule 23(a) and Rule 23(b)(3). Namely, there is numerosity, commonality, typicality, adequacy of counsel and the plaintiff, predominance, and superiority.

We trust that this is sufficient to proceed. If you need further clarification, we are happy to provide it on our call today.

As a final note, I mistakenly put 1:30 pm ET as the time for our call in my last email.  The call will be 1:30 pm PT.  We assume that will not, in fact, refuse to attend.  If you do not attend, we will inform the Court that you no-showed our pre-scheduled call and refused to confer in advance of our deadline.

**Please confirm that you will be attending our 1:30 pm PT call today so we do not waste our time waiting for you on the Zoom.**

Regards,

Matt

[Quoted text hidden]