# EXHIBIT 12



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Julian Diamond** <jdiamond@bursor.com>                                    Mon, Feb 23, 2026 at 2:05 PM
To: Craig Cardon <ccardon@sheppard.com>
Cc: Matthew Girardi <mgirardi@bursor.com>, Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer
<ameyer@sheppard.com>, Rana Salem <rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini
<simon@dovel.com>, Gabe Doble <gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Pica Mellquist
<pica@dovel.com>

Craig,

We remain confused by your position.  But we will be on the scheduled call today to discuss the motion in good faith.

Best,
Julian Diamond
[Quoted text hidden]

--
Julian C. Diamond
Bursor & Fisher, P.A.
1330 Avenue of the Americas
New York, NY 10019
646-837-7011 (tel)
212-989-9163 (fax)
www.bursor.com