# EXHIBIT 14



Julian Diamond <jdiamond@bursor.com>

---

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

---

**Craig Cardon** <ccardon@sheppard.com>                                   Mon, Feb 23, 2026 at 2:13 PM
To: Matthew Girardi <mgirardi@bursor.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Please decide which one of you will be communicating – you, Mr. Ferruolo or Mr. Diamond.  Seriatim and redundant
emails from the three of you simply reinforce the bad faith you have exhibited in this process.


The proposed meet and confer is one that cannot meet the good faith requirement.  We will not be participating in an 11th
hour meet and confer which you clearly never intended to conduct to comply with the good faith requirement and are
trying to set up as a performative exercise.   You should be ashamed of yourselves for trying to ram this bad faith tactic
down our throats.   I've said all that I have to say on the topic.

[Quoted text hidden]