# EXHIBIT 15

2/23/26, 3:27 PM
Case 3:25-cv-00454-AB   Document 53-15   Filed 02/23/26   Page 2 of 2
Bursor & Fisher, P.A. Mail - McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Matthew Girardi** <mgirardi@bursor.com>                    Mon, Feb 23, 2026 at 2:21 PM
To: Craig Cardon <ccardon@sheppard.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Craig,

Thank you for confirming Defendant's refusal to confer.

I agree that further back and forth is unproductive.

Best,

Matt
[Quoted text hidden]