# EXHIBIT 16

Case 3:25-cv-00454-AB Document 53-16 Filed 02/23/26 Page 2 of 2



Julian Diamond <jdiamond@bursor.com>

# McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Craig Cardon** <ccardon@sheppard.com>  Mon, Feb 23, 2026 at 2:28 PM
To: Matthew Girardi <mgirardi@bursor.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Matt,
Your statement is incorrect. As demonstrated by this thread and my emails last week, we always
have been and remain willing to engage in a good faith meet and confer. However, the process
you propose, where you first ignore my request for a written summary of the bases of the motion
that is to be discussed, then refuse to provide it after you send a 30 minute calendar invite to
discuss something which we won't know the basis for until the call will be underway (and are
expected to respond on the same call) is patently bad faith. Do better.

With all of the ink you have spilled over this, you could have easily provided us with the requested
summary.
Regards,
Craig

---

**From:** Matthew Girardi <mgirardi@bursor.com>
**Sent:** Monday, February 23, 2026 11:22 AM
[Quoted text hidden]

[Quoted text hidden]

---



**image001.png**
6K