# EXHIBIT 17



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Matthew Girardi** <mgirardi@bursor.com>                                    Mon, Feb 23, 2026 at 3:21 PM
To: Craig Cardon <ccardon@sheppard.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Craig,

As I explained to you, with citation to the Local Rules, we intend to satisfy all conferral requirements.  We'll be on the call at 1:30 pm PT.  If you choose to attend, we look forward to conferring.  If you refuse to attend, that's your prerogative, but it releases us from our requirement to confer. *See* L.R. 7-1 (a)(1)(B).

I'd also note that I take issue with your tone. You have repeatedly accused us of bad faith, yet you have refused to provide any authority supporting your positions.  In contrast, we've repeatedly cited Local Rules showing that we are correct about this District's conferral requirements.  I'd remind you to review Judge Baggio's webpage, which instructs that "Attorneys and parties should conduct themselves with decorum and manners."

Additionally, there is nothing in your earlier emails before this morning stating that a written summary was required for this meet and confer, and certainly nothing saying when we needed to provide it by.  All you stated in your email was that doing the conferral today "should give you time to provide us with a written description of the motion and the specific bases for it so that we can have an informed meet and confer." Regardless, we have since provided the written explanation of the basis for our motion that you requested earlier in this email exchange.  I have pasted it again below, in bold:

**Based on the nature of the allegations in the Complaint, the materials produced in discovery, and the testimony of our experts, we believe that we have met every factor under Rule 23(a) and Rule 23(b)(3). Namely, there is numerosity, commonality, typicality, adequacy of counsel and the plaintiff, predominance, and superiority.**

Assuming you will attend, we look forward to speaking at 1:30.

Best,

Matt

[Quoted text hidden]