# EXHIBIT 18



Julian Diamond <jdiamond@bursor.com>

---

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

---

**Craig Cardon** <ccardon@sheppard.com>                           Mon, Feb 23, 2026 at 3:32 PM
To: Matthew Girardi <mgirardi@bursor.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Matt,
I have told you that we would attend a call after you provide us with your position in writing, as you
have done in discovery disputes.  You declined to do so here, and instead have attempted to set
up a process that appears to be an effort to say you met and conferred without any possibility that
a good faith discussion can occur.   As I have repeatedly expressed, we will not participate in your
self serving theater.  Your comment in your email earlier today that we'll learn the bases for the
motion once it is filed speaks volumes.
Regards,
Craig

---

**From:** Matthew Girardi <mgirardi@bursor.com>
**Sent:** Monday, February 23, 2026 12:22 PM
[Quoted text hidden]

[Quoted text hidden]

---

  **image001.png**
6K