# EXHIBIT 20



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Craig Cardon** <ccardon@sheppard.com>                          Mon, Feb 23, 2026 at 3:52 PM
To: Matthew Girardi <mgirardi@bursor.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Matt,
Enough of the bum's rush. You have our position. Stop the theater. "Decorum" is not purposely
ignoring what our position is on the prerequisite for a call. Stop repeating the same thing when I've
told you that your assumptions are wrong.
I am going into meetings now so you are on notice that I will not be looking at further emails from
you and will not be responding.
Craig

**From:** Matthew Girardi <mgirardi@bursor.com>
**Sent:** Monday, February 23, 2026 12:44 PM
[Quoted text hidden]

[Quoted text hidden]



**image001.png**
6K