# EXHIBIT 21

Case 3:25-cv-00454-AB    Document 53-21    Filed 02/23/26    Page 2 of 2



Julian Diamond <jdiamond@bursor.com>

## McCarrell v. RugsUSA Meet and Confer Re Plaintiff's Motion for Class Certification

**Matthew Girardi** <mgirardi@bursor.com>                           Mon, Feb 23, 2026 at 3:56 PM
To: Craig Cardon <ccardon@sheppard.com>
Cc: Stephen Ferruolo <sferruolo@dovel.com>, Abby Meyer <ameyer@sheppard.com>, Rana Salem
<rsalem@sheppard.com>, Rick Lyon <rick@dovel.com>, Simon Franzini <simon@dovel.com>, Gabe Doble
<gabe@dovel.com>, Jonas Jacobson <jonas@dovel.com>, Julian Diamond <jdiamond@bursor.com>, Pica Mellquist
<pica@dovel.com>, Stephen Beck <sbeck@bursor.com>, Neal Deckant <ndeckant@bursor.com>

Craig,

You've provided no legal support for your assertion that our assumptions are wrong.  All you have done is repeatedly misquote both your emails and ours.  We've cited the Local Rules imposing the conferral requirement supporting our position.

I agree that no further back and forth is necessary.

Best,

Matt

[Quoted text hidden]