P. Craig Cardon (CA 168646)*
Kevin M. Murphy (CA 346041)*
Rana Salem (CA 358050)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
T: 310.228.3700 / F: 310.228.3701
ccardon@sheppard.com
kemurphy@sheppard.com
rsalem@sheppard.com

Abby H. Meyer (CA 294947)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
T: 714.513.5100 / F: 714.513.5130
ameyer@sheppard.com

[COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA McCARRELL, individually and on behalf of all others similarly situation, | Case No. 3:25-cv-00454-AB |
| Plaintiff, | **JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 40)** |
| v. | |
| RUGSUSA, LLC, | |
| Defendant. | |

Timothy W. Snider, OSB 034577
Nicholas R. Bottcher, OSB 245683
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
timothy.snider@stoel.com
nicholas.bottcher@stoel.com
T: 503.224.3380

*Attorneys for Defendant, RugsUSA, LLC*

\*Admitted *Pro Hac Vice*

Defendant RUGSUSA, LLC ("Defendant") and Plaintiff KEIRA MCCARRELL ("Plaintiff") (together, the "Parties"), by and through their respective counsel, hereby submit the following Joint Motion to modify the scheduling order entered by this Court on November 19, 2025 (Dkt. 40). The Parties respectfully request that this Court enter an order consistent with the Parties' Joint Motion, as follows:

WHEREAS, the current case management schedule is as follows:

| Event | Deadline |
| --- | --- |
| Last day for deposition of Plaintiff's expert | 3/6/2026 |
| Opposition to motion for class certification and deadline to disclose responsive class certification expert reports | 4/20/2026 |
| Last day for deposition of Defendant's expert | 4/28/2026 |
| Reply to motion for class certification | 5/13/2026 |
| Daubert Motions regarding class certification | 5/27/2026 |
| Daubert Oppositions regarding class certification | 7/1/2026 |
| Daubert Replies regarding class certification | 7/15/2026 |
| Hearing on class certification | To be set by the Court |
| Mediation | 60 days after the Court's order on class certification |

WHEREAS, counsel for the Parties have conferred and believe good cause exists to amend the current case management schedule for the following reasons. First, as noted above, the Parties have agreed to the proposed changes to the schedule. Second, Plaintiff's experts are unavailable to appear for deposition before the current March 6, 2026 deadline (either entirely or on the dates when Defendant's counsel is available). Indeed, as of this filing, only one of the three expert depositions has been scheduled (for March 9, 2026), and another of Plaintiff's

Joint Motion to Modify Scheduling Order (Dkt. 40)
Case No.: 3:25-cv-00454-AB

experts is available only on March 16, 2026 or on April 6, 7, or 8, 2026.  Third, while the proposed schedule will shift the deadlines set by the Court, the request is made in good faith and not for the purpose of undue delay.  For these reasons, the Parties respectfully submit that good cause exists to amend the case management schedule.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and among the undersigned counsel for the Parties, subject to approval of the Court, that:

| Event | Current Deadline | Extended Deadline |
| --- | --- | --- |
| Last day for deposition of Plaintiff's expert | 3/6/2026 | 3/20/2026 |
| Opposition to motion for class certification and deadline to disclose responsive class certification expert reports | 4/20/2026 | 5/4/2026 |
| Last day for deposition of Defendant's expert | 4/28/2026 | 5/19/2026 |
| Reply to motion for class certification | 5/13/2026 | 6/3/2026 |
| Daubert Motions regarding class certification | 5/27/2026 | 6/17/2026 |
| Daubert Oppositions regarding class certification | 7/1/2026 | 7/22/2026 |
| Daubert Replies regarding class certification | 7/15/2026 | 8/5/2026 |
| Hearing on class certification | To be set by the Court | To be set by the Court |
| Mediation | 60 days after the Court's order on class certification | 60 days after the Court's order on class certification |

DATED: March 5, 2026

SHEPPARD, MULLIN, RICHTER &  HAMPTON LLP

By:         */s/ Abby H. Meyer*

P. Craig Cardon*
ccardon@sheppard.com
Kevin Murphy*
kemurphy@sheppard.com
Rana Salem*
rsalem@sheppard.com
Abby H. Meyer*
ameyer@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3700

STOEL RIVES LLP

Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Nicholas R. Bottcher, OSB No. 245683
nicholas.bottcher@stoel.com
Telephone: 503.224.3380

*Attorneys for Defendant RugsUSA, LLC*

* Admitted *Pro Hac Vice*

DATED: March 5, 2026

BURSOR & FISHER, P.A.

By:           */s/ Julian C. Diamond*
         Julian C. Diamond (NY Bar No. 5836846)*
         jdiamond@bursor.com
         1330 Avenue of the Americas
         New York, NY 10019
         Tel: (646) 837-7011
         Facsimile: (212) 989-9163

         DOVEL & LUNER, LLP

         Jonas Jacobson (OSB No. 231106)
         jonas@dovel.com
         Simon Franzini (Cal. Bar No. 287631)*
         simon@dovel.com
         Stephen Ferruolo (Cal. Bar No. 364158)*
         sferruolo@dovel.com
         201 Santa Monica Blvd., Suite 600
         Santa Monica, CA 90401
         Tel: (310) 656-7066
         Facsimile: +1 (310) 656-7069

         *Attorneys for Plaintiff Keira McCarrell*
         * Admitted *Pro Hac Vice*

Joint Motion to Modify Scheduling Order (Dkt. 40)
Case No.: 3:25-cv-00454-AB