# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Civil Action No. 3:25-cv-00454-AB |
| vs. | ) | |
| RUGSUSA, LLC, | ) | |
| Defendant. | ) | |

CORRECTED TRANSCRIPT
Portions of the Transcript Have Been Designated as Confidential

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

BRUCE SILVERMAN

Taken in behalf of Defendant

* * *

March 17, 2026

Los Angeles, California

Teresa L. Dunn, CSR, CCR, RPR
Court Reporter

ALL APPEARANCES REMOTE VIA ZOOM:

For the Plaintiffs:

MR. STEPHEN FERRUOLO, ESQ.
Dovel & Luner, LLP
201 Santa Monica Blvd.
Suite 600
Santa Monica, CA 90401
310-656-7066
sferruolo@dovel.com

For the Defendant:

MR. CRAIG CARDON
Sheppard, Mullin, Richter & Hampton, LLP
1901 Avenue of the Stars
16th Floor
Los Angeles, CA 90067
310-228-3700
ccardon@sheppardmullin.com

Also Present:
Pica Mellquist
Lori Talbott, Videographer

# INDEX


| Examination by: | Page |
|---|---|
| MR. CARDON | 5 |


## EXHIBITS


| Exhibit Number | Description | Page |
|---|---|---|
| Exhibit 26 | Expert Report of Bruce G. Silverman | 26 |
| Exhibit 27 | Retention Agreement | 26 |
| Exhibit 28 | Invoice dated 2-23-26 | 135 |


- "Confidential" Designations are listed beneath: Start on 118:1 End on 134:25

LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 17, 2026

9:33 a.m.

* * *

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:36 a.m. on March 17th, 2026. 09:36:06 09:36:16 09:36:21

Please note that this deposition is being conducted virtually. Quality of recording depends on the quality of camera and internet connection of participants. What is seen from the witness and heard on the screen is what will be recorded. 09:36:21 09:36:24 09:36:27 09:36:31 09:36:33 09:36:35

Audio and video recording will continue to take place unless both parties agree to go off the record. 09:36:37 09:36:39 09:36:44

This is media unit one in the video-recorded deposition of Bruce Silverman taken by counsel for defendant in the matter of Keira McCarrell versus RugsUSA, LLC, filed in the United States District Court, District of Oregon, case number 3:25-cv-00454-AB. 09:36:44 09:36:46 09:36:48 09:36:52 09:36:52 09:37:02

My name is Lori Talbott representing Veritext and I am the videographer. The court reporter is Teresa Dunn from the firm Veritext. I am not authorized to administer an oath, I'm 09:37:07 09:37:09 09:37:13 09:37:16

not related to any party in this action, nor am I financially interested in the outcome. 09:37:19 09:37:21

If there are any objections to proceeding please state them at the time of your appearance. 09:37:26 09:37:30 09:37:31

Counsel will now state their appearances and affiliations for the record beginning with the noticing attorney. 09:37:31 09:37:32 09:37:32

MR. CARDON: Craig Cardon of Sheppard on behalf of RugsUSA. 09:37:35 09:37:38

MR. FERRUOLO: Stephen Ferruolo of Dovel & Luner on behalf of plaintiff. 09:37:41 09:37:44

THE VIDEOGRAPHER: Thank you. Would the court reporter please swear in the witness. 09:37:46 09:37:48

BRUCE SILVERMAN

called as a witness in behalf of the Defendant,

having first been sworn by the Reporter,

testifies as follows:

EXAMINATION

BY MR. CARDON: 09:38:00

Q. All right. Good morning, Mr. Silverman. 09:38:00

A. Good morning, Mr. Cardon. 09:38:06

Q. We have met before, right? 09:38:08

A. I was told that we did. I hate to say this, Mr. Cardon, I honestly didn't remember. 09:38:10 09:38:16

why it was developed, when it was developed, or whether or not lawyers were involved or not. 11:17:18 11:17:22

Q. And because you are not familiar with that type of symbol being used on retail sites you do not know whether the size and font of that symbol is standard or deviates from what would be standard on a website? 11:17:23 11:17:26 11:17:29 11:17:33 11:17:37

MR. FERRUOLO: Objection, form. 11:17:39

THE WITNESS: I -- I have never seen -- personally ever seen a symbol with a question mark like that. 11:17:40 11:17:46 11:17:51

Maybe it's been used many times. I've never seen it. I do buy a lot of stuff looking at my computer. So I just haven't seen it. I have certainly seen other marks of various kinds, references to something else, both in website advertising, but also in packaging, et cetera. 11:17:53 11:17:55 11:17:58 11:18:04 11:18:16 11:18:19 11:18:22

Q. (By Mr. Cardon) So what about the same symbol but with a lower case i inside of it? 11:18:24 11:18:28

A. I have seen that. 11:18:32

Q. Do you know whether the size of this symbol in relationship to the overall font and fonts on the web page in which it is presented is similar to the size that the i surrounded by 11:18:35 11:18:41 11:18:45 11:18:49

Neither in focus groups nor any type of survey? 11:20:55
A. No. 11:21:00
Q. Nor in just one-on-one man-on-the-street conversations? 11:21:01 11:21:06
A. No. 11:21:07
MR. CARDON: Okay. All right. Why don't we take a break. Why don't we take a 15-minute break and we will start up again 35 after if that works for everyone. 11:21:10 11:21:13 11:21:17 11:21:21
MR. FERRUOLO: Sounds good. 11:21:24
(Recess from 11:21 a.m. to 11:37 a.m.) 11:37:35
Q. (By Mr. Cardon) Okay. Mr. Silverman, just to confirm, you were not asked to and you did not design or conduct any controlled study involving RugsUSA's actual advertising; is that correct? 11:37:51 11:38:02 11:38:04 11:38:09 11:38:13
A. That's correct. 11:38:13
Q. And you are also not offering opinions about what any specific individual RugsUSA customer actually thought, understood, or relied upon; is that correct? 11:38:14 11:38:21 11:38:25 11:38:28
A. That's correct. 11:38:28
Q. You reviewed no consumer complaints filed with RugsUSA; is that correct? 11:38:29 11:38:35
A. Do you mean complaints about RugsUSA by 11:38:36

consumers in general like on Yelp or something? 11:38:42
Q. Sure. 11:38:45
A. Okay. Now I understand your question. 11:38:46
No, I was not. 11:38:48
Q. Okay. And, similarly, you reviewed no 11:38:49
consumer reviews on the RugsUSA's website or 11:38:58
elsewhere or any survey data or focus group data 11:39:02
conducted by anyone else that was specific to 11:39:06
RugsUSA customers? 11:39:10
A. Correct. 11:39:11
Q. You reviewed no click-through or 11:39:11
interaction data showing how many customers 11:39:18
actually clicked the tooltip disclaimer on the 11:39:22
RugsUSA website; is that correct? 11:39:27
A. That's correct. 11:39:28
Q. You reviewed no A/B testing data or 11:39:29
conversion lift data from RugsUSA's promotions; 11:39:35
is that correct? 11:39:40
A. That's correct. 11:39:40
Q. With respect to the internet-sourced 11:39:41
articles that you cite in your declaration did 11:39:49
you confirm on the date of filing that all of 11:39:52
those links were still live and accessible? 11:39:55
A. Yes, in my -- if you look at each one of 11:39:58
the sites with one exception I say when it was 11:40:02

Q. There was no question pending, Mr. Silverman. Move to strike. 14:10:25 14:10:27

MR. CARDON: Thank you for your time today. I am concluded for today. I'm leaving the deposition open for purposes of returning to it if the unredacted invoices are provided. 14:10:31 14:10:33 14:10:37 14:10:42

THE WITNESS: Okay with me. 14:10:49

THE VIDEOGRAPHER: Is there nothing further for the record? 14:10:51 14:10:52

MR. FERRUOLO: Yeah, no questions here. 14:10:53

THE VIDEOGRAPHER: Before we conclude can we please get the transcript and video orders on the record? 14:10:57 14:10:59 14:11:01

MR. CARDON: I think we have got a standing order including synched video. 14:11:03 14:11:04

MR. FERRUOLO: If we don't have a standing order just regular delivery of transcript, no need for the video. 14:11:06 14:11:08 14:11:11

(Deposition concluded at 2:11 p.m.) 14:11:15

MR. FERRUOLO: We will reserve. 14:11:53

(Signature reserved.)

C E R T I F I C A T E

I, Teresa L. Dunn, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, BRUCE SILVERMAN appeared virtually before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 162, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 27th day of March, 2026.

TERESA L. DUNN,
Certified Shorthand Reporter
Certificate No. 00-0367
Expiration Date: 6/30/2026