# EXHIBIT A
# FILED UNDER SEAL