Timothy W. Snider, OSB 034577
Nicholas R. Bottcher, OSB 245683
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
timothy.snider@stoel.com
nicholas.bottcher@stoel.com
T: 503.224.3380

*Attorneys for Defendant, RugsUSA, LLC*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA McCARRELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>RUGSUSA, LLC,<br><br>    Defendant. | Case No. 3:25-cv-00454-AB<br><br>**DEFENDANT RUGSUSA, LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY** |

**LR 7-1(A) CERTIFICATION**

In compliance with Local Rule 7-1(a), counsel for Defendant RugsUSA ("RugsUSA") certifies that on June 25, 2026 it requested to confer with Plaintiff Keira McCarrell ("Plaintiff") regarding the issues in this Motion, but Plaintiff stated that she would file an opposition.

**MOTION**

RugsUSA moves for leave to file a Sur-Reply Memorandum in Opposition to Plaintiff's Motion for Class Certification.  In support of this motion, RugsUSA respectfully states as follows:

"[A]cceptance or rejection of argumentative briefs, memoranda, and other supplementary material is within the sound discretion of the court." *Giustina Land & Timber Co., LLC v. Eugene Water & Electric Bd.*, 2025 U.S. Dist. LEXIS 82009, at *24 (D. Or. Apr. 30, 2025), citing *S.E.C. v. Seaboard Corp.*, 677 F.2d 1301, 1314 (9th Cir. 1982).  A sur-reply may be filed when there is a "valid reason" for the additional briefing.  *Id.*  A valid reason exists "[w]hen a party has raised new arguments or presented new evidence in a reply to an opposition[.]"  *Id.*, citing *Oregon Nat. Desert Ass'n v. Cain*, 17 F. Supp. 3d 1037, 1048 (D. Or. 2014).

Here, RugsUSA seeks to file a sur-reply to respond to arguments that Plaintiff has made for the first time in her reply brief in support of her Motion for Class Certification—arguments that were not addressed or otherwise contemplated by RugsUSA's Opposition to the Motion for Class Certification:

(1)     Plaintiff argues that "to the extent the Court has any concerns that the tool tip presents an issue unique to those purchasers … the Court can alleviate that concern by dividing the Class into two subclasses."  (Dkt. 70, p. 9.)  However, Plaintiff's Motion argued for certification of a single "Class" (Dkt. 54, pp. 5-6), and RugsUSA's Opposition responded to the Motion's single-class argument (*see generally,* Dkt. 65).

(2)     Plaintiff proposes a new liability test, styled as a set of "key questions" for determining liability, which were not proffered in the Motion for Class Certification.  (*Compare* Dkt. 70, p. 8 *with* Dkt. 54, pp. 10-16.)  Because these were not proposed in the Motion for Class Certification, RugsUSA has not had any opportunity to address or respond to them.

These new arguments from Plaintiff constitute a valid reason supporting and permitting a Sur-Reply by RugsUSA.  For the foregoing reasons, RugsUSA respectfully requests that the Court

grant the instant Motion for Leave to File Sur-Reply and docket the 4-page Sur-Reply Memorandum in Support of Its Opposition to Plaintiff's Motion for Class Certification, enclosed herewith at **Exhibit A**.

DATED: July 21, 2026

STOEL RIVES LLP

*/s/ Nicholas R. Bottcher*
Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Nicholas R. Bottcher, OSB No. 245683
nicholas.bottcher@stoel.com
Telephone: 503.224.3380

-AND-

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. Craig Cardon*
ccardon@sheppard.com
Kevin Murphy*
kemurphy@sheppard.com
Rana Salem*
rsalem@sheppard.com
Abby H. Meyer*
ameyer@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3700
* Admitted *Pro Hac Vice*

*Attorneys for Defendant RugsUSA, LLC*

Page 3 – DEFENDANT RUGSUSA, LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY
153671054.1 0082389-00002