Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)*
sferruolo@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

Julian C. Diamond (NY Bar No. 5836846)*
jdiamond@bursor.com
Bursor & Fisher, P.A.
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7011
Facsimile: (212) 989-9163

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>Defendant. | Case No. 3:25-cv-00454-AB<br><br>**DECLARATION OF JULIAN C. DIAMOND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF EXPERT J. MICHAEL DENNIS, PH.D.** |

I, Julian C. Diamond, declare:

1. I am an attorney at the law firm Bursor & Fisher, P.A. and counsel for Plaintiff in this action. I am an attorney at law licensed to practice in this matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Opposition To Motion To Exclude Opinions And Testimony Of Expert J. Michael Dennis, Ph.D.

3. Attached as Exhibit 1 (filed under seal) is a true and correct copy of excerpts (116:17-117:3; 117:18-22; 118:5-11; 118:24-119:4) from the deposition transcript of Parham Hadian, Rugs USA's Chief Revenue Officer and 30(b)(6) representative in this case, conducted on February 6, 2026.

4. Attached as Exhibit 2 (filed under seal) is a true and correct copy of excerpts (140:22-24) from the deposition transcript of David McManic, Rugs USA's Vice President of Pricing and Merchandise Planning and 30(b)(6) representative in this case, conducted on February 5, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2026

Respectfully submitted,

By: */s/ Julian C. Diamond*
Julian C. Diamond