# EXHIBIT 2
# FILED UNDER SEAL