Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)*
sferruolo@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

Julian C. Diamond (NY Bar No. 5836846)*
jdiamond@bursor.com
Bursor & Fisher, P.A.
1330 Avenue of the Americas
New York, NY 10019
Tel: (646) 837-7011
Facsimile: (212) 989-9163

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>*Defendant*. | Case No. 3:25-cv-00454-AB<br><br>**DECLARATION OF STEPHEN FERRUOLO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF EXPERT BRUCE SILVERMAN** |

I, Stephen Ferruolo, declare:

1. I am an attorney at the law firm Dovel & Luner, LLP, and counsel for Plaintiff in this action.

2. Attached as Exhibit 1 (filed under seal) is a true and correct copy of excerpts (116:17-117:3; 118:5-11; 118:24-119:4) from the deposition transcript of Parham Hadian, Rugs USA's Chief Revenue Office and 30(b)(6) representative in this case, conducted on February 6, 2026.

3. Attached as Exhibit 2 (filed under seal) is a true and correct copy of excerpts (7:3-8; 14:23-15:8, 138:1-17; 140:2-5) from the deposition transcript of David McManic, Rugs USA's Vice President of Pricing and Merchandise Planning and 30(b)(6) representative in this case, conducted on February 5, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 22, 2026, at Santa Monica, California.

*/s/ Stephen Ferruolo*
Stephen Ferruolo