P. Craig Cardon (CA 168646)*
Kevin M. Murphy (CA 346041)*
Rana Salem (CA 358050)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
T: 310.228.3700 / F: 310.228.3701
ccardon@sheppard.com
kemurphy@sheppard.com
rsalem@sheppard.com

Abby H. Meyer (CA 294947)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
T: 714.513.5100 / F: 714.513.5130
ameyer@sheppard.com

[COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KEIRA McCARRELL, individually and on behalf of all others similarly situation,

Plaintiff,

v.

RUGSUSA, LLC,

Defendant.

Case No. 3:23-cv-00454-AB

**DECLARATION OF P. CRAIG CARDON IN SUPPORT OF DEFENDANT RUGSUSA, LLC'S REPLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT J. MICHAEL DENNIS**

Timothy W. Snider, OSB 034577
Nicholas R. Bottcher, OSB 245683
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
timothy.snider@stoel.com
nicholas.bottcher@stoel.com
T: 503.224.3380

*Attorneys for Defendant, RugsUSA, LLC*

*Admitted *Pro Hac Vice*

I, P. Craig Cardon, declare as follows:

1. I am an attorney duly admitted to practice *pro hac vice* before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant RugsUSA, LLC. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. I submit this Declaration in support of RugsUSA's Reply in support of Motion to Exclude Opinions and Testimony of Plaintiff's Expert J. Michael Dennis.

3. On March 16, 2026, I deposed Colin B. Weir., one of Plaintiff Keira McCarrell's damages experts. True and correct excerpts of his deposition testimony are attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2026, at Los Angeles, California.

*/s/ P. Craig Cardon*
P. Craig Cardon