# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT
OF OREGON

---

KEIRA McCARRELL, individually )
and on behalf of all others )
similarly situated, )
)
Plaintiff, ) 3:25-cv-00454-AB
)
vs. )
)
RugsUSA, LLC, )
)
Defendant. )

---

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION UPON ORAL
EXAMINATION OF
COLIN B. WEIR

---

12:34 P.M. EDT
MARCH 16, 2026

REPORTED BY: CARLA R. WALLAT, CRR, RPR
WA CCR 2578, OR CSR 16-0443, CA CSR 14423

A P P E A R A N C E S

(ALL PARTICIPANTS APPEARING REMOTELY)

FOR THE PLAINTIFF:

STEPHEN BECK
Bursor & Fisher, P.A.
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
305.330.5512
sbeck@bursor.com

FOR THE DEFENDANT:

CRAIG CARDON
Sheppard
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
310.228.3700
ccardon@sheppardmullin.com

ALSO PRESENT: EMILY WALTER, Videographer

I N D E X

| EXAMINATION BY: | | PAGE(S) |
|---|---|---|
| MR. CARDON | | 6 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| Exhibit 17 | Declaration of Colin B. Weir, February 23, 2026 Reference Materials Designated "Confidential" and "Highly Confidential" Under Protective Seal | 5 |
| Exhibit 18 | 9/30/2025 ETI invoice to Dovel & Luner | 17 |
| Exhibit 19 | 10/31/2025 ETI Invoice to Dovel & Luner | 25 |
| Exhibit 20 | 1/31/2026 ETI invoice to Dovel & Luner | 32 |
| Exhibit 21 | 2/28/2026 ETI invoice to Dovel & Luner | 33 |
| Exhibit 22 | Excel spreadsheet RUGSUSA_HONG00000511 | 101 |
| Exhibit 23 | Excel spreadsheet RUGSUSA_HONG 00005688-A | 103 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| Exhibit 24 | Excel Spreadsheet RUGSUSA_HONG 00005689-A | 103 |
| Exhibit 25 | Excel Spreadsheet RUGSUSA_HONG 00005696 | 103 |

REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily indicate an exact quote from the document.

BOSTON, MASSACHUSETTS; MARCH 16, 2026

12:34 P.M. EDT

--oOo--

(Deposition Exhibit 17 was marked.) 12:34

THE VIDEOGRAPHER: Good afternoon. 12:34
We're going on the record at 12:34 p.m. on March 16th, 12:34
2026. This is the video-recorded deposition of Colin 12:34
B. Weir taken in the matter of Keira McCarrell, 12:34
individually and on behalf of others similarly 12:34
situated, as plaintiff, versus RugsUSA, LLC, as 12:35
defendant, filed in the United States District Court, 12:35
the District of Oregon. Case Number 3:25-cv-00454-AB. 12:35
This deposition is being held remotely. 12:35

My name is Emily Walter, I'm the videographer. 12:35
The court reporter is Carla Wallat. We are with 12:35
Veritext Legal Solutions. 12:35

Will the attorneys please state their 12:35
appearances for the record, beginning with noticing. 12:35

MR. CARDON: Yes. This is Craig Cardon 12:35
of Sheppard on behalf of RugsUSA. 12:35

MR. BECK: Stephen Beck from Bursor & 12:35
Fisher on behalf of the plaintiff. 12:35

THE COURT REPORTER: My name is Carla 12:35
Wallat. I'm a Washington, Oregon and California 12:35

certified stenographic reporter. 12:35

Counsel, if you have an objection to the remote deposition or to me swearing in the witness remotely, please state so now. 12:35 12:36 12:36

Hearing no objection, and I can see the witness, I will swear in the witness. 12:36 12:36

12:36

COLIN B. WEIR, 12:36

sworn as a witness by the Certified Court Reporter, 12:36

testified as follows. 12:36

12:36

THE COURT REPORTER: Please go ahead. 12:36

12:36

EXAMINATION 12:36

BY MR. CARDON: 12:36

Q. All right. Okay. Mr. Weir, we've been through this before, right? 12:36 12:36

A. I've been deposed many times, yes. 12:36

Q. Including by me, right? 12:36

A. I don't have a memory of that. No offense intended. 12:36 12:36

Q. You don't remember that I took your deposition almost exactly a year ago? 12:36 12:36

A. No, I do not. 12:36

Q. I'm usually more memorable than that. Look, 12:36

wholeheartedly. 13:31
Q. Are you aware of anyone who has used contingent valuation to evaluate a price premium in a reference price or false discount-related context? 13:31 13:31 13:31
A. I don't think I have a recollection of that. I know that I've worked with Dr. Dennis who has done contingent valuation studies before, but I think it would have been in a different type of price premium context other than reference pricing. 13:31 13:31 13:31 13:31 13:31
Q. Okay. And you're not aware of Dr. Dennis proposing a contingent valuation methodology for this case? 13:31 13:31 13:31
A. I don't recall him proposing contingent valuation. 13:31 13:31
Q. When I took your deposition a year ago, you said you were not aware of any case in which a conjoint study was actually performed to evaluate a price premium or overpayment in a reference price or false discount pricing case. Is that still the case? 13:31 13:32 13:32 13:32 13:32
A. I think the full context would have been that I was aware of numerous instances where conjoint had been proposed or considered for that, but then that I did not have awareness of the execution of a conjoint in that way and to the best of my recollection as I sit here today, that would still hold true. 13:32 13:32 13:32 13:32 13:32 13:33

state on the record that I reserve my right to read and sign the transcript. 16:47 16:47

MR. CARDON: Good of you to do that, your counsel was supposed to. In federal court, you waive it if you don't -- if you don't ask for it. 16:47 16:47 16:47

THE VIDEOGRAPHER: All right. Anything else before we go off, Counsel? 16:47 16:47

MR. CARDON: Nothing further. 16:47

THE VIDEOGRAPHER: We're off the record. The time is 4:47 p.m. 16:47 16:47

THE COURT REPORTER: Mr. Cardon, are you ordering? 16:48 16:48

MR. CARDON: Yeah, I think we have a -- should have a standing order. I think it's full package with synced video. 16:48 16:48 16:48

THE COURT REPORTER: Okay. And then, Mr. Beck, do you need a copy? 16:48 16:48

MR. BECK: Yes. 16:48

(Deposition concluded at 4:48 p.m.)

(Signature was reserved.)

REPORTER'S CERTIFICATE

I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned Certified Court Reporter, authorized to administer oaths and affirmations in and for the states of Washington (2578), Oregon (16-0443), and California (14423) do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given remotely before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision. That the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 25th day of March 2026.



CARLA R. WALLAT, RPR, CRR
Washington CCR #2578, Expires 1/5/2027
Oregon CSR #16-0443, Expires 9/30/2027
California CSR #14423, Expires 1/31/2027