P. CRAIG CARDON (SBN 168646)
KEVIN MURPHY (SBN 346041)
RANA SALEM (SBN 358050)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
craigcardon@paulhastings.com
kevinmurphy@paulhastings.com
ranasalem@paulhastings.com

ABBY H. MEYER (SBN 294947)
PAUL HASTINGS LLP
1920 Main Street, Suite 400
Irvine 92614
Telephone: 714-668-6200
Facsimile: 714-979-1921
abbymeyer@paulhastings.com

*Attorneys for Defendant RugsUSA, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KEIRA MCCARRELL, individually and on behalf of all other similarly situated,

Plaintiff,

v.

RUGSUSA, LLC,

Defendant.

Case No.: 3:25-cv-00454-AB

**DEFENDANT RUGSUSA, LLC'S NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

**TO THE CLERK OF COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Attorneys Kevin Murphy and Rana Salem file this Notice of Change of Firm Affiliation in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Kevin Murphy (SBN 346041)
Rana Salem (SBN 358050)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
kevinmurphy@paulhastings.com
ranasalem@paulhastings.com

Dated: October 23, 2026

PAUL HASTINGS LLP

By: /s/ P. Craig Cardon

P. Craig Cardon (SBN 168646)
Kevin Murphy (SBN 346041)
Rana Salem (SBN 358050)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
(310) 620-5700
(310) 620-5899
craigcardon@paulhastings.com
kevinmurphy@paulhastings.com
ranasalem@paulhastings.com

ABBY H. MEYER (SBN 294947)
PAUL HASTINGS LLP
1920 Main Street, Suite 400
Irvine 92614
Telephone: 714-668-6200
Facsimile: 714-979-1921
abbymeyer@paulhastings.com

*Attorneys for Defendant RugsUSA, LLC*