Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)*
sferruolo@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

Julian C. Diamond (NY Bar No. 5836846)*
jdiamond@bursor.com
Bursor & Fisher, P.A.
1330 Avenue of the Americas, New York, NY 10019
Tel: (646) 837-7011
Facsimile: (212) 989-9163

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEIRA MCCARRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>*Defendant*. | Case No. 3:25-cv-00454-AB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's October 19, 2026 Order (Dkt. 102), Plaintiff Keira McCarrell ("Plaintiff") and Defendant RugsUSA, LLC ("RugsUSA" or "Defendant," collectively "the Parties") have met and conferred and hereby submit the following Joint Status Report.

The Parties propose that each side present briefing on the two issues raised by the Court's Order. The Parties propose each side write an opening brief on the issues of no more than 3,000 words and a responsive brief of no more than 3,000 words. The Parties propose the following schedule for briefing the issues raised by the Court.

| | **Proposed Deadline** |
|---|---|
| Parties' Opening Briefs | 11/20/26 |
| Parties' Response Briefs | 12/18/26 |

Dated: November 2, 2026

Respectfully submitted,

*/s/ Stephen Ferruolo*

Julian C. Diamond (NY Bar No. 5836846)*
jdiamond@bursor.com
Bursor & Fisher, P.A.
1330 Avenue of the Americas, New York, NY 10019
Tel: (646) 837-7011
Facsimile: (212) 989-9163

Jonas Jacobson (OSB No. 231106)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Stephen Ferruolo (Cal. Bar No. 364158)*
sferruolo@dovel.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

* Admitted *Pro Hac Vice*

Dated: November 2, 2026

Respectfully submitted,

By: */s/ Abby H. Meyer* (with permission)

P. Craig Cardon (SBN 168646)
Kevin Murphy (SBN 346041)
Rana Salem (SBN 358050)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
(310) 620-5700
(310) 620-5899
craigcardon@paulhastings.com
kevinmurphy@paulhastings.com
ranasalem@paulhastings.com

Abby H. Meyer (SBN 294947)
PAUL HASTINGS LLP

1920 Main Street, Suite 400
Irvine 92614
Telephone: 714-668-6200
Facsimile: 714-979-1921
abbymeyer@paulhastings.com

*Attorneys for Defendant RUGSUSA, LLC*